**IN THE UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **SHEMIKA N. SKILLINGS** | ) | |
| | ) | |
| **Plaintiff, *Pro Se*,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 3:17-cv-154** |
| | ) | |
| | ) | |
| **BISHOP L. KNOTT, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

## DEFENDANT WILLIAM ALLAN SHARRETT'S MOTION TO DISMISS PURUSUANT RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant William Allan Sharrett, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves to dismiss with prejudice Plaintiff Shemika N. Skillings' Complaint in its entirety. Defendant Sharrett has filed contemporaneously a Brief in Support of Defendant's Motion to Dismiss.

### "*ROSEBORO* NOTICE"

Consistent with the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the following notice advises the *pro se* Plaintiff, Shemika N. Skillings, that:

(1) she is entitled to file a response opposing the motion and any such response must be filed **within twenty-one (21) days** of the date on which this motion was filed; and

(2) the Court could dismiss this action on the basis of the Defendant's moving papers if he does not file a response; and

(3) she must identify all facts stated by the Defendant with which she disagrees and must set forth her version of the facts by offering affidavits (written statements signed before a notary public under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

     (4)     she also is entitled to file a legal brief in opposition to the one filed by the Defendant

Dated: March 28, 2017

Respectfully submitted,

**HON. WILLIAM ALLAN SHARRETT**

By:/s/ Margeaux S. Serrano
Margeaux S. Serrano
Virginia State Bar No. 87449
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4933
Facsimile: (804) 371-2087
Email: mserrano@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Nicholas F. Simopoulos
General Civil and Trial Unit Manager

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the *pro se* plaintiff (Plaintiff consented to electronic notice; ECF No. 10), as well as all counsel of record. In addition, a true and accurate copy was mailed, first class and postage prepaid, to the following address:

Shemika N. Skillings
P.O. Box 60189
Oklahoma City, OK 73146

*Pro Se Plaintiff*


By: /s/ Margeaux S. Serrano
Margeaux S. Serrano
Virginia State Bar No. 87449
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4933
Facsimile: (804) 371-2087
Email: mserrano@oag.state.va.us

*Counsel for William Allan Sharrett*